IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| STEPHANE J. WANTOU SIANTOU, * | |
| Plaintiff, * | |
| v. * | Case No.: PWG-17-543 |
| CVS RX SERVICES, INC., * | |
| Defendant. * | |

## ORDER OF JUDGMENT

In this case, trial on the issue of punitive damages was bifurcated from trial on the underlying claims and compensatory damages. On February 28, 2019, a jury returned a verdict in favor of the Plaintiff Stephane J. Wantou Siantou against Defendant CVS Rx Services, Inc. on the issue of whether Defendant subjected Plaintiff to retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the Maryland Fair Employment Practices Act. On July 11, 2019, a jury returned a verdict in favor of Defendant CVS Rx Service Inc. on the issue of whether Plaintiff was entitled to punitive damages.

These verdicts having been returned, it this day **ORDERED**,

1. Judgment is entered in favor of Plaintiff, against Defendant, in the amount of $125,000.00 (One Hundred and Twenty-Five Thousand Dollars);

2. Judgment is entered in favor of Defendant on the issue of punitive damages.

3. Judgment is entered in favor of Plaintiff, against Defendant, for costs in accordance

with Fed. R. Civ. P. 54(d)(1); and

4. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

7/26/19

*Paul W. Grimm*
United States District Judge